UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DYLAN JOHN MORESI, ET AL            CIVIL ACTION

VERSUS

RESOURCE ENERGY VENTURES
AND CONSTRUCTION COMPANY LLC     NO.: 15-02224-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 66)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendant, Gulf Coast Services, Inc.'s ("GSSI") Unopposed Motion for Partial Summary Judgment For Defense and Indemnity (Doc. 61). The Magistrate Judge recommended that Defendant's Motion be denied. (Doc. 66 at p. 1).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 5-6). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 66)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendant GSSI's **Unopposed Motion for Partial Summary Judgment For Defense and Indemnity (Doc. 61)** is DISMISSED.

Baton Rouge, Louisiana, this 26th day of September, 2018.

*[signature]*

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA